Rel: November 14, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2025-2026

SC-2025-0090

Jay Meldi Mata Holdings, LLC, and Krimesh Patel v. Q 2006 23420 CR 64, LLC; Kim Colcord; Grilled Oysters, Inc.; and Hilltop RV & Storage, LLC (Appeal from Baldwin Circuit Court: CV-21-901053).

MENDHEIM, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Bryan, and McCool, JJ., concur.